UNITED STATED BANKRUPCY COURT

DISTRICT OF SOUTH CAROLINA

Case: 25-00403-JD

In re:

_____Nayla Chanto_____
Debtor

Filed By The Court
02/12/25 4:33 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

## MOTION TO EXTEND THE AUTOMATIC STAY

COMES NOW, the Debtor, Nayla Chanto, respectfully moves this Court for an order extending the automatic stay pursuant to 11 U.S.C. § 362(c)(3). In support of this Motion, the Debtor states as follows:

### Background

The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on February 03rd, 2025.

### Automatic Stay Under 11 U.S.C. § 362(c)(3)

Pursuant to 11 U.S.C. § 362(c)(3), the automatic stay under 11 U.S.C. § 362(a) terminates 30 days after the filing of the petition in a case if the Debtor had one or more bankruptcy cases pending within the preceding one-year period that were dismissed.

### Grounds for Extension of the Stay

The Debtor respectfully requests that the Court extend the automatic stay because:

a. The filing of this Chapter 13 case was made in good faith;

b. The Debtor has a reasonable likelihood of successfully reorganizing under Chapter 13;

c. The Debtor is working on a feasible plan that will provide meaningful relief to creditors; and

d. The extension of the stay is necessary to allow the Debtor to pursue reorganization and avoid irreparable harm.

### Good Faith Filing

The Debtor has filed this Chapter 13 case in good faith and is committed to fulfilling the obligations under the proposed plan. The Debtor has provided all required documentation and is cooperating fully with the Trustee and creditors.

### Relief Requested

WHEREFORE, the Debtor respectfully requests that this Court enter an order extending the automatic stay under 11 U.S.C. § 362(a) for the duration of this Chapter 13 case, or for such other period as the Court deems appropriate, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Nayla Chanto*

Date: February 10, 2025

Nayla Chanto
(843)-730-1158
naylachanto@mac.com